IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KARMO TAMANG,<br><br>*Plaintiff,*<br><br>v.<br><br>KALPANA MEHRA, et al.,<br><br>*Defendants.* | Case No. 1:17cv370 (MSN) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Karmo Tamang and Defendants Kalpana Mehra and Vandana Nandwani that the above-captioned action, as set forth in Plaintiff's Amended Complaint (Docket No. 13), is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

A consent order, with the original signature of the parties' counsel, will be filed in person.

Dated: December 18, 2017                    Respectfully submitted,

By: __/s/ *Maryam Hatcher*_____                __/s/ *Jonathan A. Nelson*_____
Maryam Hatcher (VSB No. 84252)              Jonathan A. Nelson (VSB # 75247)
Beveridge & Diamond, P.C.                   Juris Day, PLLC
1350 I Street N.W., Suite 700               10521 Judicial Drive, Suite 200
Washington, D.C. 20005                      Fairfax, Virginia 22030
Telephone: (202) 789-6064                   Telephone: (703) 268-5600
Fax: (202) 789-6190                         Fax: (703) 268-5602
mhatcher@bdlaw.com                          jnelson@jurisday.com

*Attorney for Plaintiff*                    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jonathan A. Nelson (VSB No. 75247)
Christopher M. Day (VSB No. 39490)
Virginia State Bar No. 39490
Juris Day, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@jurisday.com

*Counsel for Defendants*

                                              By: /s/ *Maryam Hatcher*
                                              Maryam Hatcher (VSB No. 84252)
                                              Beveridge & Diamond, P.C.
                                              1350 I Street N.W., Suite 700
                                              Washington, D.C. 20005
                                              Telephone: (202) 789-6064
                                              Fax: (202) 789-6190
                                              mhatcher@bdlaw.com