IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

KARMO TAMANG,

    *Plaintiff,*

v.                                         Case No. 1:17cv370 (MSN)

KALPANA MEHRA, et al.,

    *Defendants.*

**CONSENT ORDER**

In a stipulation filed on December 18, 2017, the parties, by and through their counsel, agree that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties have agreed to the entry of this Consent Order, as indicated by the signatures below.

Therefore, it is **ORDERED, ADJUDGED AND DECREED** as follows:

The above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED:**

This 20th day of December, 2017.

                                                      /s/
                                                Michael S. Nachmanoff
                                               United States Magistrate Judge

By their signatures below, the parties consent to the entry of this Consent Order.

**For Plaintiff Karmo Tamang:**

_/s/ Maryam Hatcher_
Maryam Hatcher (VSB No. 84252)
Beveridge & Diamond, P.C.
1350 I Street N.W., Suite 700
Washington, D.C. 20005
Telephone: (202) 789-6064
Fax: (202) 789-6190
mhatcher@bdlaw.com

**For Defendants Kalpana Mehra and Vandana Nandwani:**

_/s/ Jonathan Nelson_
Jonathan A. Nelson (VSB No. 75247)
Juris Day, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Phone: (703) 268-5600
Fax: (703) 268-5602
jnelson@jurisday.com